

**ORDERED in the Southern District of Florida on August 28, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: MARIA YINET DUCUARA LOZANO          Case No: 14-14121-RAM
                                            Chapter 13

            Debtor
_____/

AMENDED AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY NATIONSTAR MORTGAGE

THIS CASE came to be heard on July 1, 2014 on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property (DE 23; the "Motion").
Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

   A.  The value of the debtor's real property (the "Real Property") located at 999 NE 163 Street, North Miami Beach, FL 33162, and more particularly described as:

Lot 5, Block 1, of CARL BYOIR SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 53, Page 29, of the Public Records of Miami-Dade, County, Florida.
                        (Legal description)

1

is $101,708.59 at the time of the filing of this case.

B.      The total of all claims secured by liens on the Real Property senior to the lien of Nationstar Mortgage (the "Lender") is $0.

C.      The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $101,708.59 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is ORDERED as follows:

1.      The Motion is GRANTED.

2.      Lender has an allowed secured claim in the amount of $101,708.59, to be paid at the interest rate of 4.50% per annum.

3.      Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $0, regardless of the original classification in the proof of claim as filed.

4.      The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5.      Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

Robert Bollinger, Esquire
Richard S Gendler & Associates PA
18300 NW 62nd Avenue, Suite 200
Miami, FL 33015
Telephone: 305-444-1533


Attorney Robert Bollinger is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.


LF-92 (rev. 01/08/10)